UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KASRA ELIASIEH, M.D.,

Plaintiff,

v.

LEGALLY MINE, LLC,

Defendant.

Case No. 18-cv-3622 JSC

19-cv-05977-JSC

**ORDER FOLLOWING NOVEMBER 21, 2019 STATUS CONFERENCE**

As discussed at the November 21, 2019 Case Management Conference, the Court shall re-open Case No. 18-3622 JSC. Defendant has until December 12, 2019 to resolve the issues with the arbitration proceeding. If Plaintiff intends to file a motion for relief with respect to the arbitration proceeding and/or the Court's Order compelling arbitration, Plaintiff shall file any such motion by January 9, 2020 and shall file it in Case No. 18-3622. If the parties agree to a resolution, they shall file a stipulation to that effect in this case and in Case No. 18-3622. At that time, the Court will then stay Case No. 18-3622 pending completion of the arbitration.

**IT IS SO ORDERED.**

Dated: November 22, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge